UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-258-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAVONTA POSTLES | ORDER TO SEAL |

On motion of the Defendant, Lavonta Postles, and for good cause shown, it is hereby ORDERED that the **[DE #25]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  21st  day of February, 2017.

*(signature)*
_____
LOUISE W. FLANAGAN
United States District Judge